**Order entered October 1, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00420-CR

**YISRAYL ZADOK HAWKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81177-2013**

## ORDER

Appellant's September 28, 2015 second motion to extend the time to file appellant's brief is **GRANTED**. The time to file appellant's brief is **EXTENDED** to **October 5, 2015**. If appellant's brief is not filed by October 5, 2015, this appeal will be abated so that the trial court can make findings in accordance with rule of appellate procedure 38.8.

/s/    LANA MYERS
        JUSTICE